E-FILED
Thursday, 24 March, 2022  05:43:44 PM
Clerk, U.S. District Court, ILCD

United States District Court

Central district of illinois

FILED

MAR 23 2022
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Steven Curry # R09264              case #

plaintiff

vs

Emily ruskins

Travis bautista

matthew coolman

doctor rinzi

defendents

## jurisdiction and venue

This is a civil rights case filed under 42 U.S.C. 1983 by a state
prisoner and asserting claims for unconstitutional violations
for deliberat indifference to mental health, cruel and unusual
punishment, violation of due process, failure to protect, premunilation
and deliberat indifference to serious medical condition all while plaintiff
was incarcerated at Pontiac Correctional Center under the color of
state law. venue is proper in this district pursuant to 28 U.S.C. 1791

## parties

A.  plaintiff is an inmate at Pontiac Correctional Center P.o. Box 99
Pontiac Il 61764

2.

B.  defendant "Emily ruskin" was the former assistant warden
of programs here at Pontiac Correctional Center and temporary
head warden at the time the claims alleged in this complaint arose

C.  defendant "travis bautista" was the Lt. here at Pontiac
Correctional Center and acting "Chairman" of the adjustment
committee here at Pontiac Correctional Center at the time
the claims alleged in this complaint arose

D.  defendant "Matthew Coleman" was a mental health counselor
here at Pontiac Correctional Center at the time the claims alleged
in this complaint arose.

E.  defendant "doctor rinzi" was head of mental health here at
Pontiac Correctional Center at the time the claims alleged in this
complaint arose.

Statement of Facts

1.  On January 28, 2020 plaintiff was housed in the east cellhouse
here at Pontiac Correctional Center when Sgt naretto of the cellhouse
came to plaintiff cell and informed plaintiff to come to the front
of the cell and cuff-up which plaintiff question what the issue
was and Sgt naretto explained the Lt. eukey will explain to
me once i was downstairs in the holding tank which plaintiff
complied.

3

2. once downstairs plaintiff was secured to a bench when Lt. eutkey came and informed plaintiff that a correctional officer had written plaintiff a "disciplinary ticket" and that Lt. eutkey would have to walk plaintiff to segregation.

3. plaintiff informed Lt. eutkey that this ticket was false and that i was going to segregation which Lt. eutkey then informed major shelton of the cellhouse of the issue who then informed Lt. culsey to call "Emergency response team" (ERT)

4. once emergency response team came they had a "camera" that not only "records" all that transpired with them dealing with plaintiff but "audio" as well untill plaintiff is safely secured and taken to his destination.

5. plaintiff complyed and allowed ERT members to escort me to west cellhouse which houses segregation inmates. plaintiff was placed in another holding tank to be striped searched and given a segregation jumpsuit

6. once plaintiff was informed that i would be housed on 1 gallery which consist of "steel doors" plaintiff explained to ERT plaintiff had serious medical conditions with having a hole in my heart that causes plaintiff breathing complications and chest pains when being in a closed environment.

4

7. one of the ERT members went to go explain the situation
to Lt henry who was assign to our cellhouse the Lt stated
that due to "ERT" having to be call and this being a security
issue plaintiff had to go behind a steel door which plaintiff
informed Lt henry that i would like to see a "crisis-team" member.

8. Defendant Goodwin was called and which me and defendant Goodwin
have had past dealings with me explaining to him that i've
been on mental health caseloads in Pinckneyville Correctional Center,
Menard Correctional Center, Western Correctional Center, and i don't
see why it's been a issue or difficulty with me being on
a licence mental health caseload now that i'm here at
Pontiac Correctional Center which he's always disregarded
with saying his supervisors stated i don't need to be on
a mental health caseload.

9. i've also been with defendant Goodwin while being on crisis watch
prison officials disregarding my medical condition due to me having
a hole in my heart and my distrust with has prison officials
have continued to allow inmates to make false allegations and reports just
to have prison officials place "keep separate from" against us so
they could be moved to different cellhouses.

5

10. During plaintiff and defendant Godwin conversation on January 25, 2020 plaintiff explained the current issue to defendant Godwin which was plaintiff has a serious medical condition due to the hole in plaintiff heart which i was scheduled that coming week to go out to UIC hospital to visit a cardiologist and in the process to have a heart surgery and that being behind a "steel door" triggers my breathing. Defendant Godwin stated that he would go talk with Lt henry about the situation, which defendant Godwin came back and said that Lt henry said that i had to go behind a steel door and that it was out of his hands.

11. plaintiff stated that i wasn't going behind a door which defendant Godwin stated stop "whining" and acting like a "wuss" which plaintiff stated something in return and defendant Godwin stated thats why you have all of them "prea" against you which is "prison rape elimination acts" and that i was a "fag" which was all being record on camera plus audio by ERT members.

12. plaintiff decided to just go in the cell due to the fact plaintiff was scheduled to go on a medical writ the next day to prepare for heart surgery in the coming months.

$\frac{6}{2}$

13. as plaintiff was being escorted bye the emergency response team to his cell location defendant godwin along with Lt. henry and Lt. Zodin was witnessing the escort which once one of the ERT members opened the cell not only was it aggravated with water but feces and urine aswell which one of the ERT members notified the Lt. henry about the cell sanitary issues which i refuse to go in the cell.

14. i was escorted back to a holding tank which defendant godwin stated fussy the cell matches who you are which is a piece of shit!

15. as the cell was being sanitize plaintiff was so upset with all that had taken place i refuse to go in the cell which defendant godwin stated your either going or he was going to put me falcely on crisis-watch which i said do what you have to do which defendant godwin called defendant rinzi and falcely put me on a crisis-watch

16. the next day on January 29, 2020 plaintiff went on a medical writ to UIC hospital and due to the seriousness of plaintiff condition dealing with plaintiff heart and schedule to have heart surgery UIC hospital medical doctor recommended that plaintiff be put behind 'open-air bars' which once plaintiff came back to pontiac correctional center i was taken to healthcare where medical doctor henry Tilden read the UIC medical doctor's recommendations and issued plaintiff a medical permit to be placed behind "open-air bars"

2.

17. Plaintiff was taken (call to "south lawis" crisis watch where i (have) and informed the Lt. and correctional officers my medical permit stating i'm suppose to be placed behind 'open-air bars" which they stated all crisis watch cell are "plexis glass" which plaintiff stated due to my heart condition and the fact i'm going to have heart surgery i would feel more comfortable if i were sent to "healthcare" which healthcare has housed crisis watch inmates which i've meet defendant godwin while being in healthcare on crisis watch

18. Correctional officers stated that wasn't happening and that my only options were to either go in the crisis watch cell or emergency response team was being call, which plaintiff complied.

19. on January 31, 2020 while plaintiff was on crisis watch cell 101 defendant godwin along with a "female staff" was in a bullpin interviewing a inmate which plaintiff was trying to catch defendant godwin attention to inform him about my medical permit and question why he had falsely placed me on crisis watch

20. thereof defendant godwin came out of the interview room and made comments such as "Curry you a freaks fag, and that he was writing me up for a "101 disciplinary ticket" which charges are sexual mis-conduct